Ocos San Marcos, Guatemala 24 de Septiembre de 2074.

A: Señor Juez.

Yo Angela Juaquina Vásquez Francisco soy la esposa de Cruz Angel Merida Chavez soy madre de cuatro niñas no tengo recursos económicos para mantener a mis hijas ya que mi esposo era el único que traía el sustento para mi y mis hijas, estoy muy angustiada porque mis hijas ya no podran seguir en la escuela, estan muy tristes y enfermas porque no miran a su papá, ellas lo necesitan en casa como yo también lo necesito ya que es el único que trabaja para sostenerme a mi y a mi familia. Por esas razones le suplico señor Juez le otorge su libertad a mi esposo, soy una madre que sufre al no tener a veces que darle que comer a mis hijas.

Atentamente: F: (A.J.V.F)
Angela Juaquina Vásquez