Ocos San Marcos, Guatemala
September 14, 2014

To:
Honorable Judge:

I Angela Juaquina Vasquez Francisco am the wife of Cruz Angel Merida Chavez. I am a mother to four girls. I have no financial means to support my daughters since my husband was the sole provider for me and my children. I am very distressed because my daughters will no longer be able to attend school. They are very sad and sick because they don't see their dad and they need him home, just as I do as well since he is the only one working to support me and my family. For those reasons, I beg you, your honor, to release my husband. I am a mother who is suffering because sometimes I don't even have anything to feed my daughters.

Sincerely,
A.J.V.F.
Angela Juaquina Vasquez