El Esfuerzo.
2.014

Señor Juez. Yo Carlos Alberto Loaiza v.
Lo saludo cariñosamente deseando que se encuentre bien al lado de su querida familia y que el dios del cielo le derrame muchas bendiciones en su persona. Después de mi sincero saludo paso a lo siguiente.

Señor Juez yo Carlos Alberto Loaiza v. alcalde auxiliar de el esfuerzo doy fe que el señor Cruz angel merida chavez es una persona Honrrada y trabajadora. educada onesta y umilde. que merese que usted lo ayude. Señor Juez. yo Carlos Loaiza Le suplico de corazon que ayude a este señor. que dios selo va a pagar.
Solamente dios y usted. lo puede ayudar. a sier Señor juez. yo Carlos Loaiza confio que usted lo va a sacar donde el está.
yo Carlos Loaiza doy fe firmo y Sello.

Carlos A Loaiza v.

ALCALDIA AUXILIAR
Colonia El Esfuerzo, Ocós S.M.
Carlos Loaiza
Alcalde Auxiliar Primero, Año 2014