El Esfuerzo, 2014

Your Honor, I, Carlos Alberto Loaiza, affectionately greet you, hoping you are well in the company of your dear family, and may God from heaven shower you with many blessings. After my sincere greetings, I go on to say the following:

Your Honor, I, Carlos Alberto Loaiza, assistant mayor of El Esfuerzo, attest that Mr. Cruz Angel Merida Chavez is an honorable and hardworking person, well-mannered, honest and humble, who deserves that you help him. Your Honor, I Carlos Loaiza, wholeheartedly beg you to help him, sir, and God will reward you.

Only God and you can help him indeed, sir, so I, Carlos Loaiza trust that you will take him out of where he is. I, Carlos Loaiza, attest, sign and seal.

[Illegible Signature]

[Two Stamps: Assistant Mayor's Office, Colonia El Esfuerzo, Ocos, S.M., Carlos Loaiza, First Assistant Mayor, 2014]