Coatepeque 13 de Septiembre de 2014.

A: Quien interese:

Pormedio de la presente hago constar que desde hace siete años conozco al señor **Cruz Ángel Mérida Chávez**, como una persona honrada, trabajadora, de muy buena conducta, responsable, dedicado a trabajar duramente para sostener a su esposa y a sus hijos, y actividades cristianas.

Portales razones lo recomiendo ante toda persona, o institución publica o privada.

Atentamente:

F: _____
Julio César Moscoso Oliva.
Pastor Evangélico.

