Coatepeque, September 13, 2014

To Whom It May Concern:

I hereby state that I have known Mr. Cruz Angel Merida Chavez for seven years. He is an honorable, hardworking person of very good character, responsible, dedicated to working hard to support his wife and his children, and also dedicated to Christian activities.

For these reasons, I highly recommend him to any person, or public or private institution.

Sincerely,

[Illegible signature]
Julio Cesar Moscoso Oliva
Evangelical Pastor

[Round seal: Principe de Paz Evangelical Church,
Los Encuentros Township
Barrio Las Casas (Neighborhood), Coatepeque]